

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA
ex rel. THOMAS RUNYAN, M.D.,

    Plaintiff,

v.

SURGERY PARTNERS, INC.;
CONSULTANTS IN PAIN MEDICINE,
LLC; COASTAL PAIN CENTER, LLC;
KEVIN D. COYLE, M.D.; and
LOGAN LABORATORIES, LLC,

    Defendants.

CV 2:19-060

## ORDER

Before the Court is Relator Thomas Runyan, M.D.'s notice of voluntary dismissal, dkt. no. 18, wherein he states his intention to dismiss this case without prejudice. Defendants having filed no answer to the Complaint, Relator is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 10 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA